Court of Appeals
Fourth Court of Appeals District of Texas



# MEMORANDUM OPINION

No. 04-12-00109-CV

Oscar **LINARES**,
Appellant

v.

**CITY OF SAN ANTONIO**, San Antonio Fire Fighters' and Police Officers' Civil Service
Commission, and San Antonio Fire Chief Charles N. Hood,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-09278
Honorable Peter Sakai, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:   May 9, 2012

DISMISSED

The clerk's record was due on March 20, 2012, and has not been filed. On March 21, 2012, the district court clerk filed a notification of late record stating that appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, and appellant is not entitled to appeal without paying the fee. On March 29, 2012, this court ordered appellant to show cause in writing by April 9, 2012, why this appeal should not be dismissed for want of

prosecution. Appellant did not respond. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). Costs of the appeal are taxed against appellant.

PER CURIAM